IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PORT LYNCH, INC., a Hawaii corporation, | CIV NO 11-00398 DKW-BMK |
| Plaintiff, | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | |
| SAMSUNG FIRE & MARINE INSURANCE CO., LTD., | |
| Defendant. | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on January 27, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation To Grant In Part And Deny In Part Defendant's Motion For

//   //


//   //

Attorneys' Fees" (ECF No. [84])  are adopted as the opinion and order of this Court.

    IT IS SO ORDERED.

    DATED: Honolulu, Hawaii, February 14, 2014.



Derrick K. Watson
United States District Judge

---

Port Lynch v. Samsung Fire & Marine, Insurance Co., Ltd.;
CV 11-00398 DKW-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION