IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PORT LYNCH, INC., | ) | CIV. NO. 11-00398 DKW-BMK |
| | ) | |
| Plaintiff, | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| vs. | ) | DEFENDANT'S SUPPLEMENTAL |
| | ) | MOTION FOR ATTORNEYS' FEES |
| SAMSUNG FIRE & MARINE | ) | |
| INSURANCE COMPANY, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT'S
SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES

Before the Court is Defendant Samsung Fire & Marine Insurance Co., Ltd.'s Supplemental Motion for Attorneys' Fees. (Doc. 86).  After careful consideration of the Motion and supporting papers, and absent any opposition to the Motion, the Court finds and recommends that this Motion be GRANTED and that Defendant be awarded $2472.50 in supplemental attorneys' fees.[1]

On January 27, 2014, this Court found and recommended that Defendant be awarded $31,418.00 in fees for all work done in this case through the entry of Judgment.  The Court determined that Defendant was the prevailing party, that this action lies in assumpsit, and that the attorneys' hourly rates were

---

[1] The Court elects to decide this Motion without a hearing, pursuant to Local Rule 7.2(d).

reasonable.  The Court also granted Defendant's request to file a supplemental motion for attorneys' fees for fees incurred in opposing Plaintiff's post-Judgment Motion to Amend Judgment.  Defendant seeks those fees in the present Motion, which Plaintiff does not oppose.

In defending against Plaintiff's Motion to Amend Judgment, two attorneys worked on an opposition memorandum.  Michael J. Nakano spent 1.7 hours on the memorandum at an hourly rate of $175/hour, and Andrew N. Porter spent 14.5 hours on the memorandum at an hourly rate of $150/hour.  The Court finds that the amount of time spent on the memorandum is reasonable, and this Court previously found these hourly rates to be reasonable.  The lodestar amount, which multiplies the reasonable hours expended by the reasonable hourly rate, is $2472.50.  Plaintiff does not oppose Defendant's request for this amount of supplemental fees.  Accordingly, the Court finds and recommends that Defendant be awarded supplemental fees in the amount of $2472.50.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 31, 2014.



    /S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Port Lynch, Inc. v. Samsung Fire & Marine Ins. Co., Ltd., CIV. NO. 11-00398 DKW-BMK; FINDINGS AND RECOMMENDATION TO GRANT DEFENDANT'S SUPPLEMENTAL MOTION FOR ATTORNEYS' FEES.