IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PORT LYNCH, INC., | ) | CIV. NO. 11-00398 DKW-BMK |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION |
| SAMSUNG FIRE & MARINE | ) | |
| INSURANCE COMPANY, LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 31, 2014, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

// //

// //

Recommendation to Grant Defendant's Supplemental Motion for Attorneys' Fees" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, April 18, 2014.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Port Lynch, Inc. v Samsung Fire & Marine Insurance Company, Ltd.;
Civ No. 11-00398 DKW-BMK; ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION